```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                         CASE NO. 05 B 09040
      SPENCER B STARK
      HYANG C LEE-STARK                           CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR
           Debtor
      SSN XXX-XX-6586      SSN XXX-XX-7461

   -----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
   -----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 03/14/05 and confirmed on 09/30/05.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $  33062.00 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| CHASE HOME EQUITY | UNSECURED | 33769.68 | .00 | 10327.10 |
| AMERICAN HONDA FINANCE C | SECURED | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6599.47 | .00 | 2018.18 |
| DISCOVER BANK | UNSECURED | 16309.18 | .00 | 4987.51 |
| ECMC | UNSECURED | 7114.08 | .00 | 2175.56 |
| HEWLETT PACKARD FINANCIA | UNSECURED | 4624.17 | .00 | 1414.12 |
| INLAND REAL ESTATE CORPO | UNSECURED | 30000.00 | .00 | 9174.29 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| COCA COLA BOTTLING | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 5148.45 | .00 | 1574.45 |

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 103565.03 | .00 | 103565.03 |
| PRINCIPAL PAID | .00 | .00 | 31671.21 | .00 | 31671.21 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 31671.21 | .00 | 31671.21 |

```
   The Debtor's attorney, DAVID P LEIBOWITZ              , was allowed $      .00
   and was paid $       .00 .

   The Trustee received $   1390.79 .

   Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 08/19/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE